# BIS | BARNES IACCARINO & SHEPHERD LLP

## ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

> **APPLICATION GRANTED:**
>
> The order to show cause hearing before Judge Briccetti is adjourned from July 15, 2022, to **August 25, 2022, at 9:30 a.m.** The conference before Judge Briccetti will be held in Courtroom 620.
>
> Plaintiffs shall serve a copy of this Order on defendant by mail and email and shall file proof of service on the docket by June 21, 2022.
>
> SO ORDERED:
>
> */s/ Vincent L. Briccetti*
>
> Vincent L. Briccetti, U.S.D.J.,
> June 17, 2022

Honorable Judge Vincent L. Briccetti
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Board of Trustees of the Teamsters Local 445, et al. v. Julian's Auto Repair Inc.
Docket No. 22-cv-01534 (VB)
Order To Show Cause for Default Judgment – Friday, July 15, 2022

Dear Honorable Judge Briccetti:

This office represents the plaintiffs in the above matter. This letter makes reference to the Order to Show Cause for Default Judgment scheduled for Friday, July 15, 2022 @ 11:00 a.m.

This matter involves the enforcement of a Collective Bargaining Agreement, more specifically, the Plaintiffs' right to conduct an audit of the Defendant's books and records. On Friday July 15, 2022 at 11:00 a.m. I will be heading out of State on an airplane.

Accordingly, plaintiffs respectfully request an adjournment of the order to show cause to a date either before or after July 15, 2022, other than July 19th, July 26th, August 1st – August 12th, and September 2nd, that is mutually convenient with the court. This is our first request for an adjournment in this matter.

Kindly advise this office of the Court's decision regarding our request.

Thank you for your assistance and courtesies.

Sincerely,

*/s/ Dana L. Henke*
Dana L. Henke

cc: Julian's Auto Repair Inc. (via email)